**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Wells Fargo & Company,<br>Plaintiff,<br>-v-<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 06-00251<br>Judge Lawrence J. Block<br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo & Company (a private non-governmental party) certifies that Wells Fargo & Company has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date:** May 18, 2006

**By:** s/ Jacob J. Miles

Jacob J. Miles
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Attorneys for Plaintiff