**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Wells Fargo & Company,<br>Plaintiff,<br>-v-<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 06-00251<br>Judge Lawrence J. Block<br>**MOTION TO CHANGE ATTORNEY OF RECORD** |

Jacob J. Miles, a member of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff Wells Fargo & Company in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Mr. Paul L. Kattas, also associated with the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Paul L. Kattas.

DATED: May 19, 2006

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *Jacob J. Miles*
Jacob J. Miles, Esq.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Wells Fargo & Company,<br>Plaintiff,<br>-v-<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 06-00251<br>Judge Lawrence J. Block<br>**AFFIDAVIT OF APPOINTMENT** |

**State of New Jersey :**
**:**
**County of Morris :**

Paul L. Kattas, being duly sworn hereby deposes and says:

1. That I am associated with the law firm of Kelley Drye & Warren LLP, counsel for plaintiff Wells Fargo & Company in the above-captioned matter.

2. I make this affidavit in connection with my application to be named counsel of record for Wells Fargo & Company in the above-captioned matter.

3. I was admitted to practice in the United States Court of Federal Claims on December 29, 2005.

4. I respectfully request that the my application to be named counsel of record for Wells Fargo & Company in this matter be granted.

**Kelley Drye & Warren LLP**

By: ______________________
Paul L. Kattas, Esq.
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054

**Attorneys for Plaintiff Wells Fargo & Company**

Sworn to before me
This 19th day of May, 2006

______________________
Notary Public of the
State of New Jersey

KAREN J. NUGENT
Notary Public
State of New Jersey
My Commission Expires July 30, 20[illegible]