# The United States Court of Federal Claims

August 8, 2006
**No: 06-251 T**

**WELLS FARGO & CO.,**

***Plaintiff,***

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**STATUS REPORT ORDER**

On July 21, 2006, the parties filed a joint preliminary status report, in which they indicated that plaintiff would informally provide defendant with substantiating evidence regarding the payment of excise taxes. Defendant then will review the evidence offered by plaintiff. The parties were hopeful that procedure would lead to a swift resolution of this matter without further judicial intervention. Accordingly, the parties are not required to file initial disclosures.

The parties shall file a joint status report by **November 8, 2006**, informing the court of their progress.

s/ Lawrence J. Block
Lawrence J. Block
Judge