No. 06-00251 T
Honorable Judge Lawrence J. Block

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WELLS FARGO & COMPANY
Plaintiff,

v.

UNITED STATES OF AMERICA
Defendant.

**MOTION FOR A PROTECTIVE ORDER**

Pursuant to RCFC 26(c)(7), Plaintiff Wells Fargo & Company ("Plaintiff"), respectfully requests that this Motion for a Protective Order be entered by this Court, for the purpose of preserving and maintaining the confidentiality of certain information that may be disclosed by Plaintiff in the course of this litigation. In order to determine the amount of the overpayment of telephone excise taxes due to Plaintiff, Plaintiff must provide defendant United States of America ("Defendant") with Plaintiff's telecommunications agreements and documents that demonstrate that the tax was collected from Plaintiff. The rates, terms and conditions in the agreements and related documents are confidential and proprietary to Plaintiff and its telecommunications carriers.

Defendant United States has indicated that it does not object to this Motion for a Protective Order.

Plaintiff wishes to prevent the disclosure of the following documents outside of this litigation:

1. MCI Multiple Services Agreement, dated 5/6/1996;

2. MCI Agreement for Telecommunications Services (multiple), dated 2/6/1991;

3. MCI Amendment to Agreement for Telecommunications Services (multiple), dated 4/1/1994;

4. MCI Second Amendment to Agreement for Telecommunications Services (multiple), dated 12/22/1994;

5. MCI Third Amendment to Agreement for Telecommunications Services (multiple), dated 11/22/1996;

6. MCI Fourth Amendment to Agreement for Telecommunications Services (multiple), dated 4/7/1997;

7. MCI Fifth Amendment to Agreement for Telecommunications Services (multiple), dated 6/30/1997;

8. MCI Sixth Amendment to Agreement for Telecommunications Services (multiple), dated 5/26/1998;

9. MCI Seventh Amendment to Agreement for Telecommunications Services (multiple);

10. MCI Eighth Amendment to Agreement for Telecommunications Services (multiple);

11. MCI Ninth Amendment to Agreement for Telecommunications Services (multiple), dated 6/7/1999;

12. MCI Tenth Amendment to Agreement for Telecommunications Services (multiple);

13. MCI Eleventh Amendment to Agreement for Telecommunications Services (multiple), dated 10/12/1999;

14. MCI Twelfth Amendment to Agreement for Telecommunications Services (multiple), dated 10/12/1999;

15. AT&T Agreement (SDN, 800, Teleconference, FRS, Private Line), dated 12/30/1996;

16. AT&T Interstate Service Agreement (SDN, 800, Teleconference, Private Line), dated 10/18/1994;

17. AT&T First Amendment to Interstate Service Agreement (SDN, 800, Teleconference, Private Line), dated 10/18/1994; and

18. AT&T 800 Service Agreement, dated 7/12/1995.

Plaintiff does not object to the disclosure of the aforementioned documents to any expert retained by Defendant for purposes of this litigation or to any Internal Revenue Service personnel who may assist Defendant for excise tax payment verification purposes.

Plaintiff may disclose additional documents, in which case Plaintiff will submit an additional motion for entry of a supplementary confidentiality order, if those documents are deemed confidential and proprietary to Plaintiff and its telecommunications carriers.

Plaintiff shall mark "**PROTECTED INFORMATION ENCLOSED**" on the outside of any parcel containing the information. Each document containing protecting information shall be marked "**CONFIDENTIAL.**"

Plaintiff agrees that Defendant may object to the designation of any of the documents under the Protective Order. Should the parties be unable to resolve the objection informally, the objecting party may submit the dispute to the Court for resolution. Until the Court resolves the dispute, the disputed document(s) shall remain subject to the Protective Order.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant this Motion for a Protective Order. A proposed Protective Order is attached herein as Exhibit A.

Respectfully submitted,

By: **/s/ Paul L. Kattas**
Paul L. Kattas, Esq.

**KELLEY DRYE & WARREN LLP**
Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
200 Kimball Drive
Parsippany, New Jersey 07054

**Attorneys for Plaintiff**
**Wells Fargo & Company**