No. 06-251 T
Judge Lawrence J. Block

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WELLS FARGO & COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Plaintiff produced its substantiating documents to Defendant on October 10, 2006. Defendant is currently reviewing these documents. After Defendant's review of the documents, the parties will attempt to reach an agreement on the amount of the overpayment owed to Plaintiff.

Counsel for the parties believe that they will be able to reach an agreement within thirty (30) days, subject to the final approval of the Department of Justice.

Respectfully submitted,

s/Paul L. Kattas
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

November 8, 2006

s/Jacob Christensen [With consent]
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewing Attorney

s/G. Robson Stewart [With consent]
Of Counsel

November 8, 2006